IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SERGIO JESUS CERVANTES,<br>    Defendant. | No. 3:15-cr-00017–RGE<br><br>O R D E R |

Now before the Court is the Government's Appeal of Magistrate's Release Order and Request for Stay of that Order. ECF No. 235. The Order, entered by United States Magistrate Judge Sheila K. Oberto in the Eastern District of California on November 23, 2016, allowed for the release of Defendant Sergio Dejesus Cervantes pending trial with a $10,000 cash bond and specified conditions. 1:16-mj-153-EPG, E.D. Ca., ECF No. 10.

The Court hereby GRANTS the request for Stay of the Order issued by United States Magistrate Judge Sheila K. Oberto in the Eastern District of California.

Defendant Sergio Dejesus Cervantes shall remain in custody pending sufficient opportunity by this Court to consider the Government's appeal of the Order. The Court shall determine the appeal, which the Court may also construe as a Motion for Revocation of the Order, promptly. 18 U.S.C. § 3145(a).

The Government shall without delay order an expedited transcript of the hearing before Judge Oberto and provide a copy of the transcript, or an official court audio recording, to the Court. The Government shall also obtain and provide to the Court a copy of the Pretrial Services Report applicable to Defendant Cervantes.

Any resistance to the Government's Appeal shall be filed with this Court no later than December 9, 2016.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2016.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE