MATTHEW J. LOMBARD, ESQ. (SBN: 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
2115 Main Street
Santa Monica, California 90405

Telephone:   310/399-3259
Facsimile:   310/392-9029
Email:        mlombard@lombardlaw.net

Attorney for Defendant
SERGIO CERVANTES

FILED
JAN 6 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 16mj00153(EPG) |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| SERGIO CERVANTES, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the Clerk of the Court for the Eastern District of California return the cash bond in the amount of $10,000.00 to the defendant's sister, Greisy Maryel Montoya as defendant was ordered remanded into custody.

DATED: January 5, 2017

_____
UNITED STATES MAGISTRATE JUDGE